UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62582-MD

Nathaniel Thomas Altman,

       Plaintiff,

v.

Equifax Information Services, LLC, AND
TransUnion, LLC,

       Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC

COMES NOW Plaintiff, Nathaniel Thomas Altman, and Defendant, Equifax Information Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant Equifax Information Services, LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated: April 28, 2026

Respectfully submitted,

**CONSUMER RIGHTS LAW, PLLC**          **SEYFARTH SHAW LLP**

/s/ *Monique N. Reyes*                          /s/ Ritika Singh
Monique N. Reyes, Esq.                         Ritika Singh, Esq.
Florida Bar No. 1026823                        Florida Bar No. 1016708
848 Brickell Avenue, PH5                       2323 Ross Avenue, Suite 1660
Miami, FL 33131                                Dallas, TX 75201
Telephone: (786) 360-7697                      Telephone: (469) 608-6763
Email: monique@consumerrights.law              Email: risingh@seyfarth.com


*Counsel for Plaintiff*                          *Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Monique N. Reyes*
Monique N. Reyes, Esq.