UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62582-CIV-DAMIAN/Strauss

NATHANIEL THOMAS ALTMAN,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
and TRANS UNION LLC,

     Defendants.

_____/

### ORDER STRIKING JOINT STIPULATION OF DISMISSAL [ECF NO. 34] AND REQUIRING REVISED STIPULATION SIGNED BY ALL PARTIES WHO HAVE APPEARED

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal With Prejudice as to Defendant Equifax Information Services, LLC, filed on April 28, 2026. [ECF No. 34 ("Stipulation")].

THE COURT has reviewed the Stipulation and the record and is otherwise fully advised. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by *all parties who have appeared*. Here, the Stipulation is not signed by all parties who have appeared, including Defendant Trans Union LLC. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Stipulation [**ECF No. 34**] is **STRICKEN**. By **May 8, 2026**, the parties shall file a revised stipulation, signed by all parties who have appeared, to have any effect.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 5th day of May, 2026.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE