**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

NATHANIEL THOMAS ALTMAN,

      Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES LLC
and TRANSUNION, LLC,

      Defendants.

CASE No: 0:25-cv-62582-MD

**TRANS UNION'S NOTICE OF COMPLETE FAILURE TO**
**RESPOND TO DISCOVERY**

Pursuant to Magistrate Judge Strauss's Discovery Procedures Order [ECF No. 23], Defendant Trans Union, LLC ("Trans Union"), by and through its undersigned counsel, files this Notice of Complete Failure to Respond to Discovery, and respectfully shows the Court as follows:

**I.    Background**

Trans Union served Plaintiff with its First Requests for Production of Documents, First Set of Interrogatories, and First Requests for Admission (collectively, the "Discovery Demands") via email on February 13, 2026. Pursuant to Fed.R.Civ.P. 33(b)(2), 34(b)(2)(A), and 36(a)(3), Plaintiff was required to serve his responses within thirty (30) days. Subsequently, the parties mutually agreed to two extensions for responding to each other's discovery requests—first extending the deadline to March 27, 2026, and then to April 10, 2026.[1] On April 1 and April 6, Trans Union requested a third mutual extension through April 24, citing the upcoming Passover holiday, which the undersigned counsel observes. On April 6, Plaintiff declined to extend the discovery response

---

[1]    Plaintiff served his First Set of Interrogatories and Requests for Production via email on February 10, 2026.

deadline beyond April 10, stating that "[w]e need the outstanding productions in order to adequately prepare our opposition and properly incorporate any necessary exhibits."

On April 10, 2026, Trans Union timely served its responses to Plaintiff's discovery requests. However, Plaintiff did not provide any response to Trans Union's Discovery Demands and instead proceeded to use Trans Union's discovery responses in Plaintiff's Opposition to Trans Union's Motion for Judgment on the Pleadings. *See* ECF No. 32. Subsequently, Trans Union issued a deficiency letter to Plaintiff on April 13, 2026, requesting that Plaintiff provide his responses to Trans Union's Discovery Demands by the following day.[2] Plaintiff failed to respond to the deficiency letter or provide any response to the Discovery Demands. Trans Union thereafter followed up with Plaintiff via email on May 6 and May 7, 2026 for an update but received no response.

## II.     Trans Union's Availability for a Hearing

Trans Union is available for a hearing via Zoom on the following dates:

- Wednesday, May 13, 2026 (all day)

- Monday, May 18, 2026 (all day)

- Tuesday, May 19, 2026 (all day)

Dated: May 11, 2026

Respectfully submitted,

*/s/ Victor Allaham, Esq.*
Victor Allaham, Esq. (FBN 1064459)
Buchanan Ingersoll & Rooney PC
640 5th Avenue, 9th Floor
New York, New York 10019
Tel: 212-440-4425

---

[2]     This Notice complies with Magistrate Judge's rule on Time for Seeking Court Intervention [ECF No. 23, Section II(B)], as it is filed 28 days after Plaintiff's deficiency in responding to Trans Union's Discovery Demands.

3

Email: victor.allaham@bipc.com

***Counsel for Defendant Trans Union, LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 11th day of May 2026.

/s/ Victor Allaham
Victor Allaham, Esq. (FBN 1064459)