UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:25-CV-62582-JSM-PRL

NATHANIEL THOMAS ALTMAN,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, AND
TRANS UNION, LLC,

     Defendants.

---

## JOINT MOTION TO RESCHEDULE MEDIATION

Plaintiff, Nathaniel Thomas Altman ("Mr. Altman"), and Defendant, Trans Union, LLC ("Trans Union") (hereinafter, the "Parties"), by and through their undersigned counsel, respectfully move this Court for an order rescheduling mediation pursuant to this Court's March 18, 2026 Order. *See* ECF No. 28.

1. The mediation conference is currently scheduled for May 27, 2026, at 9:00 a.m., with Gregory P. Holder, Esq. via remote video conference.

2. Due to an in-person status conference scheduled in a separate case in the Eastern District of New York—*Nevels v. Trans Union, LLC, et al.*, Case No. 2:25-cv-03446-GRB-SIL—Trans Union requested Mr. Altman's consent to postpone the mediation conference.

3. The Parties conferred via email on May 13 and May 19, 2026, and mutually agreed to reschedule the mediation conference for June 16, 2026, at 9:00 a.m.

4. Additionally, the Parties conferred with Judge Holder's office, which confirmed his availability on June 16, 2026, at 9:00 a.m.

1

5.      The deadline to complete mediation in this case is August 10, 2026 and the undersigned Parties remain the only remaining parties to the action.

WHEREFORE, the Parties respectfully request an order permitting the rescheduling of the mediation with Gregory P. Holder, Esq. from May 27, 2026, at 9:00 a.m., to June 16, 2026, at 9:00 a.m.

<u>**CERTIFICATE OF CONFERENCE**</u>

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff and counsel for Defendant Trans Union, LLC conferred via email on May 13 and May 19, 2026, regarding the relief sought in the instant Motion, and there is no opposition to the relief requested.

Dated: May 19, 2026

Respectfully submitted,

| CONSUMER RIGHTS LAW, PLLC | BUCHANAN INGERSOLL & ROONEY P.C. |
|---|---|
| /s/ *Monique N. Reyes*<br>Monique N. Reyes (FBN 1026823)<br>848 Brickell Avenue<br>Miami, FL 33131<br>T: 786-360-7697<br>monique@consumerrights.law<br><br>*Counsel for Plaintiff Nathaniel T. Altman* | /s/ *Victor Allaham*<br>Victor Allaham (FBN 1064459)<br>640 5th Avenue, 9th Floor<br>New York, NY 10019<br>T: 212-440-4425<br>victor.allaham@bipc.com<br><br>*Counsel for Defendant Trans Union, LLC* |

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on May 19, 2026. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

/s/ *Victor Allaham*
Victor Allaham, FBN 1064459

*Counsel for Defendant Trans Union, LLC*