**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-62582-CIV-DAMIAN/Strauss**

**NATHANIEL THOMAS ALTMAN**,

      Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC,**
**and TRANS UNION LLC**,

      Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal With Prejudice as to Equifax Information Services, LLC, filed May 14, 2026. [ECF No. 41]. The Parties stipulate to the dismissal, with prejudice, of each claim asserted by Plaintiff against Defendant Equifax Information Services, LLC, with each party to bear their own attorneys' fees and costs. The Court notes that the Stipulation is signed by all parties who have appeared.

THE COURT having reviewed the Stipulation and being fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B), it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Equifax Information Services, LLC. Each party shall bear their own fees and costs. The case remains pending as to Defendant Trans Union LLC.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 20th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**