UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62582-CIV-DAMIAN/Strauss

NATHANIEL THOMAS ALTMAN,

      Plaintiff,

v.

TRANSUNION, LLC,

      Defendant.

_____/

## ORDER RE-SCHEDULING MEDIATION

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Reschedule Mediation, filed May 19, 2026. [ECF No. 42 ("Joint Motion")]. Finding good cause for the requested relief, and noting the agreement of the Parties, it is

**ORDERED AND ADJUDGED** that the Joint Motion [**ECF No. 42**] is **GRANTED**. It is further

ORDERED the mediation conference in this matter shall be held with Greogry P. Holder, Esq., on June 16, 2026, at 9:00 a.m. via remote video conference. The parties are reminded that a report of their mediation must be filed within three (3) days thereafter.

*The parties may not reschedule the mediation without leave of Court.*

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 21st day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record