# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

**CASE NO.: 0:25-cv-62582-DAMIAN**

NATHANIEL THOMAS ALTMAN,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, AND
TRANSUNION, LLC,

      Defendant(s).

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC

Plaintiff, Nathaniel Thomas Altman ("Plaintiff"), and Defendant, Trans Union, LLC ("Defendant"), by and through their respective undersigned counsel and pursuant to Rule 16.4 of the Local Rules for the United States District Court for the Southern District of Florida hereby file their Joint Notice of Settlement and, in support thereof, state:

1.    Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. Accordingly, the parties respectfully request that the Court stay all proceedings and deadlines, including those related to Trans Union, LLC's pending Motion for Judgment on the Pleadings [D.E. 30], as it pertains to Trans Union, LLC.

Dated: June 17, 2026

Respectfully submitted,

**CONSUMER RIGHTS LAW, PLLC**

/s/ Monique N. Reyes
Monique N. Reyes, Esq.
Florida Bar No. 1026823
848 Brickell Avenue, PH5
Miami, FL 33131
Telephone: (786) 360-7697
Email: monique@consumerrights.law

*Counsel for Plaintiff Nathaniel Thomas Altman*

**BUCHANAN INGERSOLL & ROONEY P.C.**

/s/ Victor Allaham
Victor Allaham, Esq.
Florida Bar No. 1064459
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4425
Email: victor.allaham@bipc.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Monique N. Reyes*
Monique N. Reyes, Esq.

*Counsel for Plaintiff Nathaniel Thomas Altman*