UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62582-MD

Nathaniel Thomas Altman,

      Plaintiff,

v.

Equifax Information Services, LLC, AND
TransUnion, LLC,

      Defendant(s).

_____/

**JOINT STIPULATION OF DISMISSAL**
**WITH PREJUDICE AS TO TRANS UNION, LLC**

COMES NOW Plaintiff, Nathaniel Thomas Altman, and Defendant, Trans Union, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant Trans Union, LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated: July 6, 2026

Respectfully submitted,

**CONSUMER RIGHTS LAW, PLLC**

/s/ *Monique N. Reyes*
Monique N. Reyes, Esq.
Florida Bar No. 1026823
848 Brickell Avenue, PH5
Miami, FL 33131
Telephone: (786) 360-7697
Email: monique@consumerrights.law

*Counsel for Plaintiff*
*Nathaniel Thomas Altman*

**SEYFARTH SHAW LLP**

/s/*Ritika Singh*
Ritika Singh, Esq.
Florida Bar No.: 1016708
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
Telephone: (469) 608-6763
Email: risingh@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

**BUCHANAN INGERSOLL & ROONEY**

/s/ *Victor Allaham*
Victor Allaham, Esq.
Florida Bar No.: 1064459
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4425
Email: victor.allaham@bipc.com

*Counsel for Defendant TransUnion, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Monique N. Reyes*
Monique N. Reyes, Esq.